UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:　　　　　　　　　　Case No.**:** **20-41841-MAR**
　　　　　　　　　　　　　　　　　　　　Chapter **13**
　　**Joseph R. Rice**　　　　　　　　　　Honorable **Mark A. Randon**
**and**　**Lorraine D. Rice**

　　Debtors.

---

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtors
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

---

### OBJECTION TO PROOF OF CLAIM OF
### CHRISTIAN FINANCIAL CREDIT UNION (PACER CLAIMS REGISTER #3)

**NOW COMES** Debtors, Joseph R. Rice and Lorraine D. Rice, by and through Counsel, Joseph L. Grima & Associates, P.C., and objects to the Proof of Claim of Christian Financial Credit Union (PACER Claims Register #3) as follows:

1. On February 10, 2020, the Debtors filed a Petition under Chapter 13 of Title 11, United States Bankruptcy Code. A hearing on confirmation is scheduled for May 13, 2020.

2. On February 19, 2020, creditor Christian Financial Credit Union (the "Creditor") filed a secured Proof of Claim (PACER Claims Register #3) indicating a security interest in a 2008 GMC Envoy automobile.

3. Debtors had surrendered the 2008 GMC Envoy automobile to Creditor prior to the filing of the current Chapter 13 Bankruptcy.

**WHEREFORE,** Debtors respectfully request that this Honorable Court disallow the Proof of Claim filed by Christian Financial Credit Union (PACER Claims Register #3).

Respectfully submitted,

DATED: February 24, 2020

sws

/s/ Joseph L. Grima
JOSEPH L. GRIMA (P 44756)
Attorney for Debtors
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422
grimalaw@gmail.com