Michigan Department of Treasury (Rev. 06-15), Page 1 of 2

# 2015 MICHIGAN Individual Income Tax Return MI-1040

Issued under authority of Public Act 281 of 1967, as amended.

Return is due April 18, 2016.
Type or print in blue or black ink.

| 1. Filer's First Name | M.I. | Last Name | 2. Filer's Full Social Security No. (Example: 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) |
|---|---|---|---|
| JOSEPH | R | RICE | ███-██-0229 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | 3. Spouse's Full Social Security No. (Example: 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) |
| LORRAINE | | RICE | ███-██-6650 |

Home Address (Number, Street, or P.O. Box): 24636 ROXANA
City or Town: EASTPOINTE  State: MI  ZIP Code: 48021
4. School District Code (5 digits - see page 60): 50020

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. ☐ Filer
b. ☐ Spouse

**6. FARMERS, FISHERMEN, OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing, or seafaring.

**7. 2015 FILING STATUS.** Check one.
a. ☐ Single
b. ☒ Married filing jointly
c. ☐ Married filing separately*
*If you check box "c," complete line 3 and enter spouse's full name below:

**8. 2015 RESIDENCY STATUS.** Check all that apply.
a. ☒ Resident
b. ☐ Nonresident*
c. ☐ Part-Year Resident
*If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS. NOTE:** If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d (see instr.).

| | | | | Amount |
|---|---|---|---|---|
| a. Number of exemptions claimed on 2015 federal return . . . . . . . . . 9a. | 2 × $4,000 | 9a. | | 8,000 00 |
| b. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled . . . . . . . 9b. | × $2,600 | 9b. | | 00 |
| c. Number of qualified disabled veterans . . . . . . . . . . . . . . . . . 9c. | × $400 | 9c. | | 00 |
| d. Claimed as dependent, see line 9 NOTE above . . . . . . . . . . . . 9d. ☐ | | 9d. | | 00 |
| e. Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 . . . . . . . . . . . . . . . . . . . . . . . 9e. | | | | 8,000 00 |

| | | |
|---|---|---|
| 10. Adjusted Gross Income from your U.S. Forms 1040, 1040A, 1040EZ or 1040NR (see instructions) . . 10. | | 40,850 00 |
| 11. Additions from Schedule 1, line 9. Attach Schedule 1 . . . . . . . . . . . . . . . . . . . . . . . 11. | | 00 |
| 12. Total. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12. | | 40,850 00 |
| 13. Subtractions from Schedule 1, line 27. Attach Schedule 1 . . . . . . . . . . . . . . . . . . . . 13. | | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" . . 14. | | 40,850 00 |
| 15. Exemption allowance. Enter amount from line 9e or Schedule NR, line 19 . . . . . . . . . . . . 15. | | 8,000 00 |
| 16. Taxable income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" . . . . 16. | | 32,850 00 |
| 17. Tax. Multiply line 16 by 4.25% (0.0425) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17. | | 1,396 00 |

**NON-REFUNDABLE CREDITS**

| | AMOUNT | CREDIT |
|---|---|---|
| 18. Income Tax Imposed by government units outside Michigan. Attach a copy of the return (see instructions) . . . . . . . 18a. | 00 | 18b. 00 |
| 19. Michigan Historic Preservation Tax Credit carryforward and/or Small Business Investment Tax Credit (see instructions) . . 19a. | 00 | 19b. 00 |
| 20. Income Tax. Subtract the sum of lines 18b and 19b from line 17. If the sum of lines 18b and 19b is greater than line 17, enter "0" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20. | | 1,396 00 |

+ 1024 2015 05 01 27 8

NOT VALID FOR FILING

2015 MI-1040, Page 1 of 2

20-41841-mar    Doc 59-4    Filed 12/02/20    Entered 12/02/20 10:24:03    Page 1 of 2

Filer's Full Social Security Number ███████—0229

21. Enter amount of Income Tax from line 20 ........................ 21. 1,396 00
22. Voluntary Contributions from Form 4642, line 9. Attach Form 4642 ... 22. 00
23. **USE TAX.** Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1 (see instructions) .................... 23. 36 00
24. **Total Tax Liability.** Add lines 21, 22 and 23 ................... 24. 1,432 00

**REFUNDABLE CREDITS AND PAYMENTS**

25. **Property Tax Credit.** Attach MI-1040CR or MI-1040CR-2 ......... 25. 550 00
26. **Farmland Preservation Credit.** Attach MI-1040CR-5 ............. 26. 00
27. a. Federal Earned Income Tax Credit ........ 27a. 00
    b. Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) ... 27b. 00
28. Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 ... 28. 00
29. Michigan tax withheld from Schedule W, line 7. Attach Schedule W (do not submit W-2s) ... 29. 377 00
30. Estimated tax, extension payments and 2014 credit forward ........ 30. 00
31. Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 ... 31. 927 00

**REFUND OR TAX DUE**

32. If line 31 is less than line 24, subtract line 31 from line 24. Include interest ☐ and penalty ☐ if applicable (see instr.) **YOU OWE** 32. 505 00
33. **Overpayment.** If line 31 is greater than line 24, subtract line 24 from line 31 ... 33. 00
34. **Credit Forward.** Amount of line 33 to be credited to your 2016 estimated tax for your 2016 tax return ... 34. 00
35. Subtract line 34 from line 33 .................................. **REFUND** 35. 00

**DIRECT DEPOSIT**
Deposit your refund directly to your financial institution! See instructions and complete a, b and c.

a. Routing Transit Number | b. Account Number | c. Type of Account: 1. ☐ Checking  2. ☐ Savings

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2014, enter dates below. **ENTER DATE OF DEATH ONLY.** Example: 04-15-2015 (MM-DD-YYYY)

Filer __-__-__  Spouse __-__-__

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.
Preparer's PTIN, FEIN or SSN

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.
Filer's Signature / Date
Spouse's Signature / Date

Preparer's Name (print or type)
Preparer's Business Name, Address, and Telephone Number

☐ By checking this box, I authorize Treasury to discuss my return with my preparer.

**Refund, credit, or zero returns.** Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
**Pay amount on line 32.** Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929

Make your check payable to "State of Michigan." Print the last four digits of your Social Security number and "2015 Income Tax" on the front of your check. If paying on behalf of another taxpayer, write the filer's name and the last four digits of the filer's Social Security number on the check. Do not staple your check to the return. You can pay electronically using Michigan's e-Payments service. Keep a copy of your return and supporting schedules for six years. For more information and to check your refund status, have a copy of your MI-1040 available when you visit www.michigan.gov/iit.

+ 1024 2015 05 02 27 6

EXHIBIT # 2